# IN THE SUPREME COURT OF THE STATE OF NEVADA

HAROLD EDWARDS,
          Appellant,

vs.

SOUTHERN DESERT CORRECTIONAL
CENTER; OFFICER J. BILLEY; AND
JO GENTRY, WARDEN,
          Respondents.

No. 80901

**FILED**

APR 09 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a purported district court order dismissing appellant's claims and an order closing appellant's case. Eighth Judicial District Court, Clark County; Trevor L. Atkin, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed before the entry of a final written judgment and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed); *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 301 P.3d 850 (2013) (form orders statistically closing a case are not final and appealable). This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-13549

cc:    Hon. Trevor L. Atkin, District Judge
Harold Edwards
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk